

# THE ATTORNEY GENERAL
## OF TEXAS

**CRAWFORD C. MARTIN**
ATTORNEY GENERAL

AUSTIN, TEXAS 78711

December 13, 1968

Hon. Bevington Reed
Commissioner, Coordinating
  Board, Texas College &
  University System
Sam Houston State Office Bldg.
Austin, Texas 78701

Dear Mr. Reed:

Opinion No. M-313

Re: Whether the Coordinating
Board of the Texas College
and University System has
authority to purchase IRS
Regulation 403(b) Annuity
Contracts for its employees.

Article 6228a-5, Vernon's Civil Statutes, specifies ". . . the 'Governing Boards' of the state-supported institutions of higher education are hereby authorized to enter into agreements with their employees for the purchase of annuities for their employees as authorized in Section 403(b) of the Internal Revenue Code of 1954, as amended." (26 U.S.C.A. Sec. 403(b)). (Emphasis supplied.)

You have requested our opinion as to whether this statute authorizes the Coordinating Board of the Texas College and University System to purchase such annuities for its employees.

The Higher Education Coordinating Act of 1965, Article 2919e-2, Section 2(a), provides that "'Board' means the Coordinating Board, Texas College and University System herein created." Section (h) of said Section 2 provides that the "'Governing board' means the body charged with policy direction of any public junior college, public senior college or university, medical or dental unit, or other agency of higher education, including but not limited to boards of directors, boards of regents, boards of trustees, and independent school district boards insofar as they are charged with policy direction of a public junior college." (Emphasis supplied.) Section 3 of said Act provides that functions vested in the governing boards of the respective institutions of higher education, not specifically delegated to the Board, shall be performed by such boards. Section 11 of the Act states that each governing board shall submit to the Board certain information.

-1527-

In view of the foregoing, and the statutory distinction made between "the Coordinating Board" and a "Governing Board," it is our opinion that the Coordinating Board is not a governing board of State-supported institutions of higher learning, and consequently, the Coordinating Board and its employees are not covered by the provisions of Article 6228a-5. The Coordinating Board is thus not authorized to purchase for its employees IRS Regulation 403(b) annuity contracts.

## S U M M A R Y

The Coordinating Board, Texas College & University System, is not a governing board of State-supported institutions of higher learning within the provisions of Article 6228a-5, Vernon's Civil Statutes, and its employees are not covered thereby to authorize it to purchase IRS Regulation 403(b) annuity contracts for its employees.

Very truly yours,

CRAWFORD C. MARTIN
Attorney General of Texas

Prepared by Jack Sparks
Assistant Attorney General

APPROVED:
OPINION COMMITTEE

Kerns Taylor, Chairman
Roy W. Mouer
Fielding Early
Ben Harrison
John Banks

A. J. CARUBBI, JR.
Executive Assistant